FREEMAN *v.* MAYOR AND COUNCIL OF EATONTON.     ·

SIMMONS, C. J.   When an application for a writ of certiorari fails to show that the same is brought to review the decision of an inferior judicatory or person exercising judicial powers, and there is nothing therein to indicate by whom was rendered the decision sought to be reviewed, a judgment of the judge of the superior court refusing to sanction the same will be affirmed.

*Judgment affirmed.   All the Justices concurring.*

Submitted January 22, — Decided February 3, 1902.

Petition for certiorari.   Before Judge Hart.   Putnam superior court.   December 15, 1901.

*W. T. Davidson,* for plaintiff in error.     ·
*W. F. Jenkins, Jr.,* contra.

---

ROBERTS *v.* THE STATE.

SIMMONS, C. J.   The evidence was entirely circumstantial, failed sufficiently to show that the cotton found in the possession of the accused was that alleged to have been stolen, was not inconsistent with the innocence of the accused, and was insufficient to exclude every reasonable hypothesis other than that of his guilt.   Therefore the verdict was contrary to law, and the judge erred in refusing to set it aside.   *Judgment reversed.   All the Justices concurring.*

Submitted January 22, — Decided February 3, 1902.

Indictment for larceny.   Before Judge Reagan.   Pike superior court.   December 17, 1901.

*R. T. Daniel* and *A. B. Pope,* for plaintiff in error.
*O. H. B. Bloodworth, solicitor-general,* contra.